# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE JAY T. GUNTER,
JUSTICE OF THE PEACE,
HAWTHORNE TOWNSHIP JUSTICE
COURT, COUNTY OF MINERAL,
STATE OF NEVADA.

No. 75868

**FILED**

JUL 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on May 18, 2018, with the filing of a certified copy of the Stipulation and Order of Consent to Public Censure and Agreement to Complete a National Judicial College Course. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:   Law Offices of Lyn E. Beggs, PLLC
      Nevada Commission on Judicial Discipline
      Sinai Schroeder Mooney Boetsch Bradley & Pace

18-27508